UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE NUNEZ,

                  Petitioner,

    -against-                                     20 **CIVIL** 10230 (PGG)(SDA)

## **JUDGMENT**

SANDRA R. DANFORTH,

                  Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 30, 2022, the R&R is adopted in its entirety, and the Petition and Amended Petition for a writ of habeas corpus are denied; accordingly, the case is closed.

**Dated:** New York, New York

       January 3, 2023

                                                       **RUBY J. KRAJICK**

                                                         _____
                                                            **Clerk of Court**

                               **BY:**     *K. Mango*

                                                            _____
                                                              **Deputy Clerk**